# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| REGINA O.G. MIRANDA, ) | |
| Plaintiff, ) | Case No.  2:10-cv-02102-KJD-GWF |
| vs. ) | **ORDER** |
| ENTRAVISION COMMUNICATIONS ) CORPORATION; ADRIANA AREVALO, ) | |
| Defendants. ) | |

    This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order.  Counsel for Defendant removed this matter to federal court on December 2, 2010.  Defendants filed their Answer (#14) on January 6, 2011.  Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order.  To date, the parties have not complied.  Accordingly,

    **IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **March 7, 2011** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

    DATED this 24th day of February, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge