Jill Garcia
Nevada Bar No. 7805
jill.garcia@ogletreedeakins.com
Christopher M. Pastore
Nevada Bar No. 11436
christopher.pastore@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant Entravision Communications Corporation; and Adriana Arevalo*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| REGINA O.G.MIRANDA,<br><br>             Plaintiff,<br><br>vs.<br><br>ENTRAVISION COMMUNICATIONS CORPORATION; a Delaware Corporation; ADRIANA AREVALO, an individual,<br><br>             Defendants. | Case No.: 2:10-cv-02102-KJD-GWF<br><br>**STIPULATION AND ORDER TO DISMISS COUNT I WITH PREJUDICE AND REMAND REMAINING CLAIMS** |

IT IS HEREBY STIPULATED by and between Plaintiff Regina Miranda and Defendants Entravision Communications Corporation and Adrianna Arevalo, by and through their respective counsel, that Plaintiff's first claim for relief for "Violation of FMLA" ("Count I") shall be and hereby is dismissed with prejudice in its entirety, each party to bear its own fees and costs related to Count I.

It is hereby further stipulated by and between the parties and their respective counsel that, as a result of the stipulated dismissal of Count I, this Court lacks subject matter jurisdiction at this time and the state law claims remaining in this case should be remanded to the Eighth Judicial

. . .

. . .

District Court, Clark County, Nevada.

**IT IS SO STIPULATED:**

Dated this 4th day of August, 2011

**KEMP & KEMP**

 /s/ James P. Kemp

James P. Kemp
7435 W. Azure Dr., Suite 110
Las Vegas, NV 89130
*Attorneys for Plaintiff*

Dated this 4th day of August, 2011

**OGLETREE DEAKINS NASH SMOAK AND STEWART, P.C.**

 /s/ Jill Garcia

Jill Garcia
3800 Howard Hughes Parkway, Suite 1500
Las Vegas, Nevada 89169
702.369.6800 phone
702.369.6888 fax
*Attorneys for Defendants*

**ORDER**

**IT IS SO ORDERED.**

Dated this  8  day of   August  , 2011.

_____
DISTRICT COURT JUDGE

10744805.1 (OGLETREE)

2